## Dawson *v.* Penfield, Appellant.

Argued January 12, 1920. Appeal, No. 80, Jan. T., 1920, by defendant, from judgment of C. P. No. 4, Phila. Co., March T., 1918, No. 3666, on verdict for plaintiff in case of William T. Dawson v. Anne W. Penfield. Before BROWN, C. J., MOSCHZISKER, FRAZER, WALLING, SIMPSON and KEPHART, JJ. Reversed.

OPINION BY MR. JUSTICE KEPHART, March 22, 1920:

For the reasons given in the opinion this day filed in the case of Fitzpatrick v. Penfield, the judgment of the court below in this case is reversed and a venire facias awarded.